No. 81–348. HOLGERSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 81–355. RUSSO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 81–369. BERRY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–377. MYHRVOLD *v.* SULLIVAN, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 81–380. BERNSTEIN *v.* ALLSTATE INSURANCE CO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–385. ORE SEA TRANSPORT *v.* BURMAH OIL TANKERS, LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–386. JOHNSON *v.* SWEETWATER CARPET CORP. Ct. App. Tenn. Certiorari denied.

No. 81–388. ALPHA STANDARD INVESTMENT CO. *v.* COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–401. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–408. NATIONAL FIDELITY LIFE INSURANCE CO. ET AL. *v.* MATTES, EXECUTOR. C. A. 3d Cir. Certiorari denied.